IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00240-PSF-BNB

DUNCAN KERR,

      Plaintiff,

v.

HOME DEPOT U.S.A., INC., a Delaware corporation,

      Defendant.

## ORDER SETTING CASE FOR TRIAL

The above-captioned matter has been scheduled for a **five-day jury trial** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **March 20, 2006, at 1:30 p.m.**

A Final Trial Preparation Conference is set for **March 10, 2006, at 4:30 p.m.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend.**

The Magistrate Judge shall convene a scheduling conference under F.R.Civ.P. 16(b) and enter a Scheduling Order to assure that this trial date is met.

      DATED: August 17, 2005.

                                          BY THE COURT:

                                          s/ Phillip S. Figa
                                          _____
                                          Phillip S. Figa
                                          United States District Judge