IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00240-PSF-BNB

DUNCAN KERR,

Plaintiff,

v.

HOME DEPOT U.S.A., INC., a foreign corporation,

Defendant.

_____

## **AMENDED ORDER**

_____

This matter is before me on the **Defendant's Unopposed Motion for Enlargement of Time for Discovery** (the "Motion"), filed December 9, 2005.  The Motion seeks to extend the discovery cut-off by 20 days, to and including January 20, 2006.  Significantly, however, the parties do not ask to extend the dispositive motion deadline, which is January 16, 2006, nor to reset the pretrial conference, which is set for February 9, 2006.  The case is set for trial on April 17, 2006, and the final trial preparation conference is April **11**, 2006.

I have determined that good cause exists to extend the discovery cut-off, and the Motion will be granted.  No other deadline is altered by this order, however.  The extension of the discovery cut-off will not constitute good cause to extend the dispositive motion deadline, which remains January 16, 2006.  It would be unreasonable to extend the dispositive motion deadline, because it currently is only 90 days prior to trial; after briefing, the district judge will have less than 60 days to decide a dispositive motion; and any lesser period of time within which to decide a dispositive motion would be unreasonable.  Consequently, any request to extend the dispositive

motion deadline will be denied unless the parties first obtain an order of the district judge vacating

or postponing to a later date the April 17 trial.

IT IS ORDERED that the Motion is GRANTED.  The discovery cut-off is extended to

**January 20, 2006**.

Dated December 14, 2005.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge