IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00240-PSF-BNB

DUNCAN KERR,

Plaintiff,

v.

HOME DEPOT U.S.A., INC., a foreign corporation,

Defendant.
_____

**ORDER**
_____

This matter is before me on the following motions:

(1)     **Plaintiff's Motion to Compel Responses to Non-Pattern Interrogatories and Request for Production of Documents** (the "Motion to Compel"), filed December 27, 2005; and

(2)     Defendant's **Motion for Protective Order on Written Discovery and to Prohibit Rule 30(b)(6) Deposition Until Entry of a Blanket Protective Order** (the "Motion for Protective Order"), filed December 29, 2005.

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED IN PART and DENIED IN PART as follows:

GRANTED with respect to Interrogatory No. 1 and Production Requests No. 1 and 3. The response to Production Request No. 1 is limited to the period of time from January 1, 2000, to the present;

GRANTED with respect to Interrogatory No. 5 to require the name, address, and telephone number of any manufacturer providing cart bay systems to Home Depot from January 1, 2000, to the present, and DENIED in all other respects;

GRANTED with respect to Production Request No. 2 to require the production of all designs approved by Home Depot at the corporate level (as opposed to individual stores) for the period of time from January 1, 2000, to the present for the construction of cart bays, and DENIED in all other respects;

DENIED with respect to Interrogatories No. 2, 3, and 6, those interrogatories having been answered.

IT IS FURTHER ORDERED that the Motion for Protective Order is DENIED.

IT IS FURTHER ORDERED that the defendant shall make supplemental discovery responses, which conform to the requirements of the Federal Rules of Civil Procedure and are consistent with the requirements of this order, on or before **January 27, 2006**.

Dated January 17, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge