IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00240-PSF-BNB

DUNCAN KERR,

Plaintiff,

v.

HOME DEPOT U.S.A., INC., a foreign corporation,

Defendant.

_____

# ORDER
_____

By a minute order entered February 7, 2006 [Doc. # 53], I noted that the parties had

informed me that the case has been resolved, and I ordered the parties to file a motion to dismiss

on or before February 28, 2006.  Subsequently, I am informed that a problem has arisen in

finalizing the settlement.

IT IS ORDERED that a **status/settlement conference** is set for **March 2, 2006, at 1:30**

**p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street,

Denver, Colorado.  Counsel and client representatives with full authority to settle the case must

be present at the conference in person.  (NOTE: This requirement is not satisfied by the presence

of counsel alone.  In addition, if an insurance company is involved, an adjustor with full authority

to settle the case must be present at the conference in person.)

Dated February 27, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge