IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00240-PSF-BNB

DUNCAN KERR,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC., a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 56).  It is hereby ORDERED that this case is DISMISSED with prejudice, each party to bear his or its own costs and attorney fees.

    DATED: March 2, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*
                                        _____
                                        Phillip S. Figa
                                        United States District Judge